File Hashes for IP Address 99.68.45.76

**ISP:** AT&T Internet Services
**Physical Location:** Spring, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/21/2016 21:01:33 | 4CD3C5E4AD53A28EDDD6C56F876CF4E7F4DC1614 | Blondes Love Brunettes |
| 03/06/2016 10:04:48 | CE2DD75AE05DB65A34793527A36F14C21AC7AF6B | Midnight Passion |
| 02/06/2016 10:20:27 | 138AA4557F869730C1297DA8E843A83B138C1C1D | Every Mans Sexy Camping Trip |
| 01/31/2016 09:20:34 | 3654FE0961C9C5B2BB36943EE7D2D208DF4663C1 | Make Love To Me |
| 01/28/2016 13:48:15 | AEA8408C835A5BDB22543E59ABC391528B848D2A | In Love With Little Caprice |
| 01/15/2016 17:13:20 | 6CF905BABA1FAA0AEB4CE07CCEECA026E1E186D4 | X-art Unauthorized Pack 6CF905B |
| 12/31/2015 16:23:36 | 9A5565D4C71A77D48913FB013A56E8950E30DD2B | Keep Cumming Kylie |
| 12/30/2015 02:23:58 | FA75957B36CF5744C3C90E6DF2F50A9A84709DAC | Make Me Cum |
| 12/25/2015 13:46:40 | 2E3C6E72D8A56B31EAF1597104825AB2274073C3 | Cum Inside the Fantasy Suite |
| 12/22/2015 00:25:10 | F7EF332117A5DFB35D52C72B96CF8EB24A1AFD76 | Truth or Dare |
| 12/21/2015 15:30:22 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |
| 12/21/2015 01:55:53 | 04FE2672BC7EDD7B33DA781074B56917006CEC4F | Fucking Ballerinas |
| 12/13/2015 06:14:27 | 7D64AEF3142BDEA43C9D1845F14C06C91D0C04D6 | UnBREElievable |
| 09/09/2015 18:17:43 | 56AB4ECA407269FB68698C873485AA3B68A6C332 | Any And All For You |
| 07/30/2015 09:24:54 | 4E907179FC386E3E74783D939D7ACEB3446E94AC | Three Way is the Best Way |
| 07/26/2015 17:35:00 | B19526FEF0F09F6551CE109BE102242F6934978C | Je Mappelle Belle |
| 05/31/2015 14:10:12 | 6922826395EFE3493A34CB60980AF55A79321B2D | Double Daydreams |
| 05/22/2015 19:54:34 | 07B3A42CD8005257D89CE68D5C7CC0E51A3F31C2 | Do Not Keep Me Waiting Part #1 |
| 05/22/2015 18:08:31 | FA852B963E2C0A269C8C30425A186C2C77F07AE1 | Do Not Keep Me Waiting Part #2 |
| 04/30/2015 08:06:39 | 3D990A8BAC8FB5B10FCC9CDA739DC9FDB486876C | Too Hot To Handle |
| 01/11/2015 10:25:40 | 556F15DFCBBB4499A802392BDFD9C4BB195EF044 | Go Fish |
| 10/01/2014 15:06:49 | 86CF9A2C18977D1C73B756951259ACE75D83E6F7 | Stay for a While |

EXHIBIT A

STX31

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/08/2014 11:05:56 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 09/08/2014 08:16:38 | 52C2A8E5BC2F807F5F7FBE7BE8C554A14B1512A9 | Like a Dove |
| 07/11/2014 20:30:09 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 06/11/2014 06:55:01 | 00623A29B7EC8AF08757C431A08BBBC88E03CBB1 | Rope Priority |
| 05/10/2014 21:09:55 | 404263E4F43318B75AC4DCB608ED192AFE24695D | Teenage Dream |
| 11/04/2013 17:51:56 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |

**Total Statutory Claims Against Defendant: 32**

EXHIBIT A

STX31