**Copyrights-In-Suit for IP Address 99.68.45.76**

**ISP:** AT&T Internet Services
**Location:** Spring, TX

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Blondes Love Brunettes | PA0001937376 | 03/21/2015 | 04/03/2015 | 06/21/2016 |
| Midnight Passion | PA0001933685 | 02/20/2015 | 03/03/2015 | 03/06/2016 |
| Every Mans Sexy Camping Trip | PA0001967079 | 08/28/2015 | 09/07/2015 | 02/06/2016 |
| Make Love To Me | PA0001970495 | 09/16/2015 | 09/21/2015 | 01/31/2016 |
| In Love With Little Caprice | PA0001974993 | 09/30/2015 | 11/03/2015 | 01/28/2016 |
| Among the Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 01/15/2016 |
| Deepest Desires | PA0001935110 | 02/26/2015 | 03/11/2015 | 01/15/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 01/15/2016 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 01/15/2016 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 01/15/2016 |
| Keep Cumming Kylie | PA0001967082 | 08/25/2015 | 09/07/2015 | 12/31/2015 |
| Make Me Cum | PENDING | 12/11/2015 | 12/29/2015 | 12/30/2015 |
| Cum Inside the Fantasy Suite | PA0001942000 | 05/02/2015 | 05/06/2015 | 12/25/2015 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 12/22/2015 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 12/21/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 12/21/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 12/13/2015 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 09/09/2015 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 07/30/2015 |
| Je Mappelle Belle | PA0001921294 | 10/29/2014 | 11/06/2014 | 07/26/2015 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 05/31/2015 |

EXHIBIT B

STX31

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Do Not Keep Me Waiting Part #1 | PA0001941283 | 04/14/2015 | 04/27/2015 | 05/22/2015 |
| Do Not Keep Me Waiting Part #2 | PA0001941284 | 04/18/2015 | 04/27/2015 | 05/22/2015 |
| Too Hot To Handle | PA0001925345 | 12/02/2014 | 12/10/2014 | 04/30/2015 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 01/11/2015 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 10/01/2014 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 09/08/2014 |
| Like a Dove | PA0001790457 | 05/23/2012 | 05/23/2012 | 09/08/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/11/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 06/11/2014 |
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 05/10/2014 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 11/04/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  32**

EXHIBIT B

STX31