**X-art Unauthorized Pack 6CF905B**

Among the Wildflowers

Deepest Desires

Inside Caprice

Lovers Lane

Rock Me Baby

**Total Registered Works in X-art Unauthorized Pack 6CF905B: 5**

Exhibit C

STX31